**VIRGINIA:**

IN THE CIRCUIT COURT FOR THE COUNTY OF HENRICO

SHARNE C. FRANCIS,

    Plaintiff,

v.                                         Case No. CL20-10508-00

BALJINDER SINGH,
SERVE:    11039 Columbine Street
              Northglenn, Colorado 80233-4669

and

CST TRANSPORT LLC,
SERVE:    Gurdeep Singh, Resident Agent
              7733 Dunleer Drive
              Brownsburg, Indiana 46112

    Defendants.

## COMPLAINT

Plaintiff, Sharne C. Francis, by counsel, for her Complaint seeking judgment against the Defendants, Baljinder Singh and CST Transport LLC, states as follows:

1. Plaintiff, Sharne C. Francis is an adult individual and, at all times relevant to this action, is and was a resident and domiciliary of the Commonwealth of Virginia.

2. Baljinder Singh (hereinafter "Defendant Singh") is an adult individual and, upon information and belief, at all times relevant to this action, is and was a resident and domiciliary of the Commonwealth of Virginia.

3. CST Transport LLC (hereinafter "CST") is/was Defendant Singh's employer at all times relevant to the subject action. CST is an Indiana limited liability company and with its principal place of business at 7733 Dunleer Drive, Brownsburg, Indiana 46112, doing significant business in the Commonwealth of Virginia.

12/23/2020
RECEIVED & FILED IN OFFICE

Sharon Butler
Deputy Clerk, Henrico Circuit Court

4. Defendant Singh was an employee and agent of CST at all material times, more specifically, Defendant Singh was operating a vehicle owned by CST at the time of the crash, and CST is liable for the negligent, careless, and reckless conduct of its employee/agent, Defendant Singh.

5. The collision at issue occurred in the County of Henrico, Virginia on July 19, 2019, and venue is proper under Virginia Code § 8.01-262(4).

## FACTS

6. On July 19, 2019, Defendant Singh was an employee and agent of CST.

7. As part of his employment with CST, CST required Defendant Singh to drive its vehicles to perform CST's business.

8. On July 19, 2019, Defendant Singh was licensed to drive vehicles in the Commonwealth of Virginia.

9. Defendant Singh was familiar with all rules governing the operation of motor vehicles in the United States, including the rules governing the operation of motor vehicles in the Commonwealth of Virginia.

10. On July 19, 2019, Defendant Singh was traveling eastbound on I-64 near Exit 187.

11. At that location, Defendant Singh had an unobstructed view of the road and vehicle(s) ahead of him on I-64.

12. At that time, Defendant Singh was not paying full attention to the road and vehicle(s) ahead of him on I-64.

13. At the same time and place, the Plaintiff, Sharne C. Francis was operating a vehicle stopped directly in front of Defendant Singh on I-64.

14. Defendant Singh failed to slow his vehicle for traffic ahead of him on I-64 and

violently crashed his vehicle into the rear of Ms. Francis' vehicle.

15. On July 19, 2019, Defendant Singh knew that, as a motor vehicle driver, he was required to pay attention to all traffic patterns on the roadway ahead of him and was required to obey all traffic signs and devices.

16. On July 19, 2019, Defendant Singh knew that, as a motor vehicle driver, he was required to maintain full control of his vehicle.

17. On July 19, 2019, Defendant Singh knew that, as a motor vehicle driver, he was required to drive at a safe speed under traffic, road, and weather conditions.

18. On July 19, 2019, Defendant Singh knew that driving a motor vehicle requires a driver's full attention at all times.

## COUNT I - NEGLIGENCE

19. Plaintiff repeats and re-alleges paragraphs 6 through 18 as if fully pleaded herein.

20. Defendant Singh's actions, as described above, were unsafe and negligent.

21. Defendant Singh knowingly had duties to drive at a safe speed; to pay complete attention to all traffic patterns on the roadway ahead of him; to keep his vehicle under proper control while driving; to operate his vehicle in a safe manner; and, to obey all traffic signals and signs on the roadway ahead of him.

22. Defendant Singh breached these duties of care on July 19, 2019.

23. Defendant Singh was negligent in that he:

    a. Failed to keep a proper lookout;

    b. Failed to give full time and attention to the operation of his vehicle;

    c. Failed to maintain his vehicle under proper control; and

    d. Followed too closely in violation of Virginia Code § 46.2-816.

24. At all times relevant to this action, Defendant Singh was in the scope of his employment with CST.

25. As a direct and proximate result of Defendants' negligence, Ms. Francis has been caused to sustain serious and permanent injuries; has suffered inconvenience; has been prevented from transacting her business; has suffered a loss of wages and is expected to suffer a loss and/or lessening of earning capacity; has suffered and will continue to suffer great pain of body and mind; has sustained physical limitations, loss of enjoyment of life, mental anguish and emotional injury; and, has incurred and will continue to incur in the future hospital, doctor, and related bills in an effort to be cured of said injuries.

WHEREFORE, the Plaintiff, Sharne C. Francis, respectfully prays for judgment against the Defendants, Baljinder Singh and CST Transport LLC, jointly and severally, in the sum of THREE HUNDRED FIFTY THOUSAND DOLLARS ($350,000.00) and interest from the date of this crash, pursuant to Virginia Code § 8.01-382, and all other costs this Honorable Court deems fair and just.

**TRIAL BY JURY IS DEMANDED**.

SHARNE C. FRANCIS

By: _____
Of Counsel

Frank H. Hupfl (VSB No. 82972)
Geoff McDonald & Associates, P.C.
8720 Stony Point Parkway, Suite 250
Richmond, Virginia 23235
804.888.8888  Phone
804.359.5426  Facsimile
Email: fhupfl@mcdonaldinjurylaw.com

RECEIVED
DEC 23 2020
CLERK'S OFFICE
HENRICO CIRCUIT COURT

NOS. Photo copy. DAP

# COVER SHEET FOR FILING CIVIL ACTIONS

**COMMONWEALTH OF VIRGINIA**

RECEIVED DEC 23 2020 CLERK'S OFFICE HENRICO CIRCUIT COURT

Case No. ......................................... (CLERK'S OFFICE USE ONLY)

HENRICO COUNTY ........................................... Circuit Court

**SHARNE C. FRANCIS** v./In re: **BALJINDER SINGH**
PLAINTIFF(S)                                    DEFENDANT(S)
                                                **CST TRANSPORT, LLC**

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [X] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW

- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY

- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS

- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS

- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS

- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify)

[X] Damages in the amount of $ 350,000.00 are claimed.

12/18/2020
DATE

Frank H. Hupfl, Esq. VSB No. 82972
PRINT NAME

Geoff McDonald & Associates PC 804-888-8888
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

8720 Stony Point Parkway, Ste. 250; Richmond, VA 23235

fhupfl@mcdonaldinjurylaw.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

[ ] PLAINTIFF [ ] DEFENDANT [X] ATTORNEY FOR [X] PLAINTIFF [ ] DEFENDANT

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

## Civil Action Type Codes
### (Clerk's Office Use Only)

| | |
|---|---|
| Accounting | ACCT |
| Adoption | ADOP |
| Adoption – Foreign | FORA |
| Adult Protection | PROT |
| Aid and Guidance | AID |
| Amend Death Certificate | ADC |
| Annexation | ANEX |
| Annulment | ANUL |
| Annulment – Counterclaim/Responsive Pleading | ACRP |
| Appeal/Judicial Review | |
|     ABC Board | ABC |
|     Board of Zoning | ZONE |
|     Compensation Board | ACOM |
|     DMV License Suspension | JR |
|     Employment Commission | EMP |
|     Employment Grievance Decision | GRV |
|     Local Government | GOVT |
|     Marine Resources | MAR |
|     School Board | JR |
|     Voter Registration | AVOT |
|     Other Administrative Appeal | AAPL |
| Appointment | |
|     Conservator of Peace | COP |
|     Church Trustee | AOCT |
|     Custodian/Successor Custodian (UTMA) | UTMA |
|     Guardian/Conservator | APPT |
|     Marriage Celebrant | ROMC |
|     Standby Guardian/Conservator | STND |
| Approval of Transfer of Structured Settlement | SS |
| Asbestos Litigation | AL |
| Attachment | ATT |
| Bond Forfeiture Appeal | BFA |
| Child Abuse and Neglect – Unfounded Complaint | CAN |
| Civil Contempt | CCON |
| Claim Impleading Third Party Defendant – Monetary Damages/No Monetary Damages | CTP |
| Complaint – (Miscellaneous) | COM |
| Compromise Settlement | COMP |
| Condemnation | COND |
| Confessed Judgment | CJ |
| Contract Action | CNTR |
| Contract Specific Performance | PERF |
| Counterclaim – Monetary Damages/No Monetary Damages | CC |
| Cross Claim | CROS |
| Declaratory Judgment | DECL |
| Declare Death | DDTH |
| Detinue | DET |
| Divorce | |
|     Complaint – Contested/Uncontested | DIV |
|     Counterclaim/Responsive Pleading | DCRP |
|     Reinstatement – Custody/Visitation/Support/ Equitable Distribution | CVS |
| Driving Privileges | |
|     Reinstatement pursuant to § 46.2-427 | DRIV |
|     Restoration – Habitual Offender or 3rd Offense | REST |
| Ejectment | EJET |
| Encumber/Sell Real Estate | RE |
| Enforce Vendor's Lien | VEND |
| Escheatment | ESC |
| Establish Boundaries | ESTB |
| Expungement | XPUN |
| Forfeiture of Property or Money | FORF |
| Freedom of Information | FOI |
| Garnishment | GARN |
| Injunction | INJ |
| Intentional Tort | ITOR |
| Interdiction | INTD |
| Interpleader | INTP |
| Interrogatory | INTR |
| Judgment Lien – Bill to Enforce | LIEN |
| Landlord/Tenant | LT |
| Law Enforcement/Public Official Petition | LEP |
| Mechanics Lien | MECH |
| Medical Malpractice | MED |
| Motor Vehicle Tort | MV |
| Name Change | NC |
| Other General Tort Liability | GTOR |
| Partition | PART |
| Permit, Unconstitutional Grant/Denial by Locality | LUC |
| Petition – (Miscellaneous) | PET |
| Product Liability | PROD |
| Quiet Title | QT |
| Referendum Elections | ELEC |
| Reinstatement (Other than divorce or driving privileges) | REIN |
| Removal of Case to Federal Court | REM |
| Restore Firearms Rights – Felony | RFRF |
| Restore Firearms Rights – Review | RFRR |
| Separate Maintenance | SEP |
| Separate Maintenance – Counterclaim/Responsive Pleading | SCRP |
| Sever Order | SEVR |
| Sex Change | COS |
| Taxes | |
|     Correct Erroneous State/Local | CTAX |
|     Delinquent | DTAX |
| Termination of Mineral Rights | MIN |
| Trust – Impress/Declare/Create | TRST |
| Trust – Reformation | REFT |
| Uniform Foreign Country Money Judgments | RFCJ |
| Unlawful Detainer | UD |
| Vehicle Confiscation | VEH |
| Voting Rights – Restoration | VOTE |
| Will Construction | CNST |
| Will Contested | WILL |
| Writs | |
|     Certiorari | WC |
|     Habeas Corpus | WHC |
|     Mandamus | WM |
|     Prohibition | WP |
|     Quo Warranto | WQW |
| Wrongful Death | WD |